**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN **RE:**     **CLAIRE M. DEAN** | **CHAPTER 13** |
| **Debtor(s)** | **BANKRUPTCY NO. 25-11469AMC** |

**ORDER**

**AND NOW,** this  25th  day of  June , 2025, upon consideration of Debtor's Motion to Reconsider the Order of Dismissal dated May 22, 2025 for her Chapter 13 Bankruptcy Case, it is hereby **ORDERED** and **DECREED** that the Debtor's Motion to Reconsider Dismissal is hereby GRANTED. The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_/s/ Ashely M. Chan_